**IN THE UNITED STATES OF DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

**Date:  February 16, 2007**

Courtroom Deputy: Ginny Kramer
Court Reporter:   Suzanne Claar
Probation Officer: Michelle Means

---

**Criminal Case No.  06-cr-00234-REB**

UNITED STATES OF AMERICA,                          Habib Nasrullah

v.

DANIEL ROSS RASBACH,                               Daniel Carr
          Defendant.

---

**SENTENCING MINUTES**

---

**10:03 a.m.    Court in session.**

The Defendant is present in Court (on bond).

The Court's opening remarks.

Pursuant to 18 U.S.C. § 3352 and F.R.Cr.P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the defendant informs the Court that he has read and discussed the presentence report with the defendant.

Defendant's counsel made a statement on behalf of the defendant, offered information in mitigation of his punishment and commented on the probation officer's determinations and other matters affecting sentence.

The Defendant is sworn.

Statements to the court by the defendant.

Statements to the court by the government.

The Court has considered all relevant matters of fact and law, including the following:

1. The nature and circumstances of the offense for which the defendant is being sentenced.
2. The history and characteristics of the offender.
3. The authorized sentences under 18 U.S.C. § 3551.
4. The presentence report and addendum.
5. The advisory sentence guidelines.
6. The factors to be considered in imposing sentence pursuant to 18 U.S.C. § 3553(a)(2).
7. The position of the government, the defendant, and the probation department.

The Court enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**It was ordered as follows:**

1. That the plea agreement of the parties as stipulated in Court's Exhibits 1 and 2 is formally approved.

2. That the Government's Motion for Statutory Sentence [#28] filed February 9, 2007, is **granted**. The Government's Motion to Dismiss Count Two of the Indictment [#29] filed February 15, 2007, is **granted**; provided furthermore that Count Two of the Indictment is dismissed with prejudice.

3. That judgment of conviction under Fed.R.Crim.P 32(k) is entered on Count One of the Indictment.

4. That pursuant to 18 U.S.C. §§ 3561 and 3562, the defendant is now placed on supervised probation for a term of **Five (5) years**, commencing today's date, as to count one of the Indictment.

5. That immediately following the conclusion of this sentencing hearing, the defendant shall report in person to Probation Officer Ms. Michelle Means, to schedule an appointment and time to read, review, discuss, and sign the conditions of supervised probation now required and ordered by this court.

6. That while on supervised release, the defendant shall comply with all

2

mandatory conditions of supervised release, prescribed by law at 18 U.S.C. §3583(a).

7.      That while on supervised probation, the defendant shall comply with all standard conditions of supervised probation in effect throughout this district as imposed by the court.

8.      That while on supervised release, the defendant shall comply with the following explicit or special conditions of supervised release:

- that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where he may be during the term of his supervised probation;

- that the defendant shall not possess or use illegally controlled substances;

- that the defendant shall not possess or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

- that the defendant shall cooperate in the collection of a sample of his DNA;

- that defendant shall submit to one drug test within fifteen days from his  release from prison, as directed by the probation department, and thereafter, to a least two periodic tests for the use of controlled substances as directed and determined by the court;

- that the defendant, as directed by the probation department, and at his own expense, shall undergo an alcohol substance abuse evaluation and a mental health evaluation, and thereafter, and at his own expense, shall receive any treatment, counseling, testing, or education prescribed by those evaluations or as directed by the probation department or as ordered by the court;

- that the defendant shall abstain from the use of alcohol and other intoxicants during the course of any such treatment, therapy, counseling, testing, or education;

- that the probation department is authorized to release to any treating entity or agency all necessary reports and records including medical and psychological reports and including the presentence report to facilitate the continuity of treatment;

3

9.      That no fine is imposed.

10.     That the defendant shall pay forthwith a special victim's fund assessment of $100.00.

11.     That the mandatory drug-testing provisions of 18 U.S.C. § 3583(d) are imposed.

The Defendant waives formal advisement of appeal.

**10:35 a.m.      Court in recess.**

*Total in court time: 00:33 minutes  - Hearing concluded*