# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation of Probation** |
| v. | Case Number: 06-cr-00234-REB-01 |
| | USM Number: 34332-013 |
| DANIEL ROSS RASBACH | Daniel W. Carr, Retained |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 and 3. as alleged in the probation officer's petition; and 7, possession and use of alcohol identified in the Violation Report Addendum.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of the Law | 03/31/07 |

     The defendant is sentenced as provided in pages 3 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

     The defendant has not committed violations 2, 4, 5, and 6 and is discharged as to such violations.

     It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

     It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

December 7, 2007
Date of Imposition of Judgment

s/ Robert E. Blackburn
Signature of Judge

Robert E. Blackburn, U.S. District Judge
Name & Title of Judge

December 19, 2007
Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Purchase or Possession of a Controlled Substance | 06/03/07 |
| 7 | Possession and Use of Alcohol (Violation Report Addendum) | 11/23/07 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ten (10) months.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____

Deputy United States Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of two (2) years.

The defendant must report to the probation office in the district to which he is released within 72 hours of his release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and two periodic drug tests thereafter.

The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.
6) The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

9) The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

10) The defendant shall permit a probation officer to visit him at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.

11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14) The defendant shall provide the probation officer with access to any requested financial information.

## ADDITIONAL CONDITIONS OF SUPERVISION

1) Upon release from confinement, the defendant shall be placed in a residential re-entry center for a term of six (6) months, as approved and directed by the probation officer, complying completely without exception and fail, with all rules, regulations, policies, directives, orders, and contractual provisions imposed by such residential re-entry center.

2) The defendant, at his own expense, unless then indigent, and as directed by the Probation Office, shall undergo an alcohol substance abuse evaluation and a mental health evaluation, and thereafter at his own expense, receive any treatment, therapy, counseling, testing, or education prescribed by either evaluation or as directed by the Probation Office, or as ordered by the court.

3) The defendant shall abstain from alcohol and all other non-prescribed intoxicants and medications during the course of any such treatment, therapy, counseling, testing, or education.

4) The Probation Office, to ensure continuity of treatment, either for mental health issues or alcohol substance abuse issues, is authorized and directed bo release to any appropriate treatment entity all psychological records, including all presentence reports and concomitant addenda.

5) The defendant shall not enter or remain in or upon premises shose primary business purpose is the sale or distribution of alcoholic beverages, including but not limited to the following establishments; liquor stores, bars, saloons, casinos or other similar establishments.

6) The defendant shall not drive or operate a motor vehicle on the streets of the State of Colorado or elsewhere without a valid operator's license, and until he has successfully passed not less than six random urinalysis testing for alcohol and controlled substances.

7)   The defendant shall ingest monitored antabuse, if not medically contraindicated on physical examination by a physician licensed to practice in the State of Colorado.

DEFENDANT: DANIEL ROSS RASBACH
CASE NUMBER: 06-cr-00234-REB-01                                    Judgment-Page 7 of 6