**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 06-cr-00234-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. DANIEL ROSS RASBACH,

      Defendant.

---

**MINUTE ORDER**[1]

---

      On **February 19, 2010**, commencing at 11:00 a.m., the court shall conduct a revocation of supervised release hearing.

      Dated: November 17, 2009

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.