**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 06-cr-00234-REB-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

DANIEL ROSS RASBACH,

       Defendant.

---

**ORDER VACATING VIOLATION HEARING AND**
**CONTINUING DEFENDANT ON SUPERVISED RELEASE**

---

THIS MATTER is before the Court upon request by the probation officer to vacate supervised release violation proceedings in this case, due to the defendant's positive adjustment to supervision since the violation petition was filed. The government does not object to the probation officer's motion. The Court, having been advised of the facts and premises in the above case, hereby

ORDERS that the Petition for Violation of Supervised Release, dated October 28, 2009, is hereby dismissed, and that the defendant is continued on supervised release with all previously imposed conditions remaining in full force and effect. The Court

FURTHER ORDERS that the supervised release violation hearing now scheduled for May 14, 2010, at 9:00 a.m., be vacated and is continued pending further order of court.

DATED at Denver, Colorado, April 16, 2010.

                       BY THE COURT:

                       Robert E. Blackburn
                       United States District Judge